**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01550-MSK-NYW

VINCENT MACIEYOVSKI,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
Department of General Services,

    Defendant.

---

### MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court pursuant to Defendant's Unopposed Motion to Withdraw Its Motion to Dismiss (the "Motion"). [#17, filed September 25, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order of Reference dated July 29, 2015 [#6] and the memorandum dated September 25, 2015 [#18].

    IT IS ORDERED that the Motion is GRANTED and [#10] is deemed WITHDRAWN.

DATED: September 29, 2015