IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-01550-MSK-NYW | Date: | March 7, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| VINCENT MACIEYOVSKI,<br><br>**Plaintiff,**<br><br>**v.**<br><br>CITY AND COUNTY OF DENVER, DEPARTMENT OF GENERAL SERVICES,<br><br>**Defendant.** | *pro se*<br><br><br><br><br>*Franklin A. Nachman*<br>*John-Paul Christopher Sauer* |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 4:04 p.m.

Appearance of counsel. Mr. Macieyovski is no longer on the telephone.

Court in Session: 4:06 p.m.

Appearance of counsel and *pro se* party.

Parties discuss issues related to Joint Stipulated Motion for Protective Order [32] filed February 19, 2016, and Plaintiff's Opposing Motion to the Defendant Joint and Stipulated Motion for Protective Order [34] filed February 29, 2016.

**ORDERED: The Joint Stipulated Motion for Protective Order [32] is TAKEN UNDER ADVISEMENT. A separate written order shall issue.**

**ORDERED: Plaintiff's Opposing Motion to the Defendant Joint and Stipulated Motion for Protective Order [34] is TAKEN UNDER ADVISEMENT. A separate written order shall issue.**

Court in Recess: 4:18 p.m.          Hearing concluded.          Total time in Court: 00:13